IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

RENO, NEVADA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 03:05-cr-0033-LRH-VPC |
| Plaintiff, | ) | MINUTES OF THE COURT |
| vs. | ) | February 10, 2006 |
| JOSE ARECHIGA-RAMIREZ, | ) | |
| Defendant. | ) | |

THE HONORABLE   Larry R. Hicks   UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  ROSEMARIE MILLER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):            NONE APPEARING

COUNSEL FOR DEFENDANT(S):            NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the Court is Defendant's Motion to Unseal Sealed Portion of Transcript (#78), and good cause appearing,

    IT IS HEREBY ORDERED that the sealed portions of the July 25, 2005, Change of Plea hearing (#48) be unsealed.

                              LANCE S. WILSON, CLERK

                       By:      /s/
                              Deputy Clerk